UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| CHASE RUSSELL HIGHSMITH, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>CSX TRANSPORTATION, INC., a )<br>corporation, )<br>)<br>)<br>)<br>Defendant. ) | CIVIL ACTION NO.<br><br>5:22-cv-52 |

### ORDER

Before the Court is the parties' Joint Stipulation of Dismissal (Doc. #71), wherein they notify the Court that they wish to dismiss all claims asserted in this action with prejudice. The parties having complied with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all clams in this action are hereby **DISMISSED with prejudice.** Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED,** this __10__ day of January, 2025.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA